# St. Martin Parish Recording Page

Becky P Patin
**CLERK OF COURT**
P.O. BOX 308
St. Martinville, LA 70582
(337) 394-2210

**First MORTGAGOR**

AYO, DAVID J

**First MORTGAGEE**

FIRST FAMILY MORTGAGE INC

**Index Type :** MORTGAGE

**Type of Document :** MODIFICATION AGREEMENT

**Recording Pages :** 7

**Inst Number :** 426730

**Book :** 1200    **Page :** 442

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Martin Parish, Louisiana

On (Recorded Date) : 08/11/2009

At (Recorded Time) : 3:51:22PM

**REDACTED.**

Doc ID    **REDACTED.**

CLERK OF COURT
BECKY P PATIN
Parish of St. Martin
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 08/11/2009 at 3:51:22
Recorded in Book 1200 Page 442
File Number 426730

Deputy Clerk    10/19/2016



Do not Detach this Recording Page from Original Document

Recording Requested By and Return To:
WESTSTAR MORTGAGE CORPORATION
6200 UPTOWN BLVD NE, SUITE 1
ALBUQUERQUE, NM 87110

_____ _ [Space Above This Line For Recording Data] _____

Loan No: ~~REDACTED~~                                                          Data ID: 879
Borrower: ~~DAVID J AYO~~ •

## LOAN MODIFICATION AGREEMENT
(Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this 11th day of June, 2009, between DAVID J AYO , HUSBAND OF/AND MELISSA N AYO , WIFE OF ("Borrower") and FIRST FAMILY MORTGAGE, INC., A Corporation, 380 PLAZA LOOP BOSSIER, LA 71111 ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated March 19, 2009 and recorded in INSTRUMENT #421946 of the Official Records of the Parish Recorder's or Clerk's Office of ST. MARTIN PARISH, LOUISIANA and (2) the Note, bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property," located at
1049 ALDUS JOHNSON RD, BREAUX BRIDGE, LOUISIANA 70517.
[Property Address]

LOUISIANA LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument
Modified by Middleberg, Riddle & Gianna          Form 3179 1/01 (rev. 01/09)     (Page 1 of 6 Pages)

Loan No: REDACTED                                                  Data ID: 879

the real property described being set forth as follows:
SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. The Completion Date of the construction is 06/02/09_____.

2. As of June 15, 2009, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. $ 124,416.00, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

3. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of 6.000%, from June 15, 2009. Borrower promises to make monthly payments of principal and interest of U.S. $745.94, beginning on the first day of August, 2009, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The yearly rate of 6.000% will remain in effect until principal and interest are paid in full.

   If on July 1, 2039 (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

4. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument.

   If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

LOUISIANA LOAN MODIFICATION AGREEMENT · Single Family · Fannie Mae Uniform Instrument
Modified by Middleberg, Riddle & Gianna                Form 3179 1/01 (rev. 01/09)     (Page 2 of 6 Pages)

Loan No: REDACTED                                      Data ID: 879

5. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

(a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and

(b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

6. Borrower renews and extends to the Maturity Date the Note and indebtedness and the Security Instrument. Borrower agrees that this Agreement shall in no manner affect or impair the Note or the Security Instrument securing the same and that any liens contained in the Security Instrument shall not in any. manner be waived, the purpose of this Agreement being simply to extend or rearrange the time or manner of payment of the Note and indebtedness and carry forward all liens securing the same, which are acknowledged by Borrower to be valid and subsisting. Borrower further agrees that all terms and provisions of the Note and of the Security Instrument shall be and remain in full force and effect as therein written, except as otherwise expressly provided herein.

7. Borrower understands and agrees that:

(a) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

(b) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

(c) Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

(d) All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

(e) Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

LOUISIANA LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument
Modified by Middleberg, Riddle & Gianna          Form 3179 1/01 (rev. 01/09)     (Page 3 of 6 Pages)

Loan No: **REDACTED**                                                     Data ID: 879

THUS DONE AND PASSED, on the ___16th___ day of ___July___, 20__09__, in the State
of Louisiana, Parish of ___Lafayette___, in the presence of the undersigned competent
witnesses, who have hereunto subscribed their names, together with Borrower, and me, Notary, after due
reading of the whole.

Signed sealed and delivered in the presence of:

_____
Witness (Signature)

___Jaime Ditch___
Witness - Printed Name

_____
Witness (Signature)

___Keely Olaske___
Witness - Printed Name

_____(Seal)
DAVID J AYO —Borrower

_____(Seal)
MELISSA N AYO —Borrower

_____65074
Notary Public

___Allison A Roy   65074___
Printed Name

Notary ID/Bar roll # ___65074___
Notary qualified in ___Lafayette___ Parish, Louisiana
My commission expires: At My Death

> ALLISON A. ROY
> Notary Public ID #65074
> Lafayette Parish
> State of Louisiana
> My Commission Expires at Death

LOUISIANA LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument
Modified by Middleberg, Riddle & Gianna          Form 3179 1/01 (rev. 01/09)     (Page 4 of 6 Pages)

Loan No: REDACTED                                                     Data ID: 879

THUS DONE AND PASSED, on the ___16th___ day of __July___, 2_09_, in the State
of Louisiana, Parish of __Bossier__, in the presence of the undersigned competent
witnesses, who have hereunto subscribed their names, together with the undersigned representative of
Lender, and me, Notary, after due reading of the whole.

Signed, sealed and delivered in the presence of:

_Niki L Conkle_                              _Kim Nichols_
　　　　　Witness (Signature)                 　　　　　Witness (Signature)
_NiKi L. CoNKle_                             _Kim Nichols_
　　　Witness - Printed Name                 　　　Witness - Printed Name

Lender: FIRST FAMILY MORTGAGE, INC.

　　　　　By_____

　　　　　Its: _Mali Richard Vice President_
　　　　　　　　　　　(Printed Name and Title)


_____
　　　　　　　　　　　Notary Public
_Michael E. Conkle_
　　　　　　　　　Printed Name
Notary ID/Bar roll #_____
Notary qualified in _____ Parish, Louisiana
My commission expires: At My Death

　　　　　　MICHAEL E. CONKLE
　　　　　Notary Public ID #77491
　　　　　　Bossier Parish, LA
　　　　　　My Commission
　　　　　　　is for Life


LOUISIANA LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument
Modified by Middleberg, Riddle & Gianna          Form 3179 1/01 (rev. 01/09)     (Page 5 of 6 Pages)

Loan No: ~~REDACTED~~

Borrower: DAVID J AYO

Data ID: 879

## LEGAL DESCRIPTION

Paste *final* legal description here then photocopy.

All that certain lot or parcel of land situated, lying and being in St. Martin County, , and being more particularly described as follows:

That certain parcel of ground, together with all improvements thereon, and all rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging and all appurtenances thereof, being known and designated as "TRACT 1-A-2C" of SAVANNAH HEIGHTS, a subdivision of the Parish of St. Martin, Louisiana on that certain plat of survey prepared by Montagnet and Domingue, Inc. dated September 30, 2005 and attached to that act recorded under Entry No. 381707, as revised on December 4, 2007 under Entry No. 408627, all of the records of St. Martin Parish, and made part hereof by reference, and being described with reference thereto as having a frontage on Aldus Johnson Road, and        as having such dimensions, boundaries and measurements as are more fully shown on said plat of survey.

Being the same property acquired by David J. Ayo and Melisa Nesom Ayo in that act dated September 12, 2008 and recorded September 16, 2008 under Entry No. 415923 of the records of St. Martin Parish, Louisiana.

LOUISIANA LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument
Modified by Middleberg, Riddle & Gianna        Form 3179 1/01 (rev. 01/09)    *(Page 6 of 6 Pages)*